IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Criminal Action No. 17-47-1-LPS |
| | : | Criminal Action No. 17-47-4-LPS |
| OMAR MORALES COLON and | : | |
| SHAKIRA MARTINEZ, | : | |
| | : | |
| Defendants. | : | |

**PROPOSED ORDER**

WHEREAS, the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, Jennifer K. Welsh and Whitney C. Cloud, Assistant United States Attorneys, and the Defendants, Omar Colon and Shakira Martinez, by and through their attorneys, submitted a joint status report on January 27, 2021;

WHEREAS in the status report (along with in prior proceedings before this Court), the parties discussed various scheduling matters and stated reasons relating to COVID-19 why the Court should not yet schedule a trial of Counts 5-16 of the Second Superseding Indictment, and why any resultant delay serves the ends of justice and outweighs the best interest of the defendants and the public in a speedy trial;

**IT IS ORDERED** this 29th day of January, 2021, that:

1. The scheduled February 1, 2021 teleconference is cancelled;

2. The parties should propose a trial schedule for Counts 5-16 of the Second Superseding Indictment in their February 27, 2021 joint status report. Based on the reasons set forth by the parties, the Court finds that the ends of justice are served by a continuance, and that such ends outweigh the interests of the defendants and the public in a speedy trial, 18 U.S.C. § 3161(h)(7)(A); and

3. The government shall file a letter and a proposed order relating to Mr. Colon's ex parte letters and the hearing of January 14, 2021, by Wednesday, February 3, 2021. The Court may order further responses from counsel upon review of the materials.

_____
The Honorable Leonard P. Stark
Chief United States District Court Judge