IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| OMAR MORALES COLON, | ) Criminal Action Nos. 17-47-LPS-1 |
| SHAKIRA MARTINEZ, | ) 17-47-LPS-4 |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Per the Court's Orders of November 12, 2020 (D.I. 317), December 8, 2020 (D.I. 328), and January 29, 2021 (D.I. 342), please accept this Joint Status report of the parties.

1. According to the above orders, the Court asked for the parties to propose a trial date for Counts 5-16 of the Second Superseding Indictment with this status report.

2. Since the last status report, Mr. Colon has filed a letter ex parte, which presumably sets forth his reasons for wishing to replace counsel. Further, Ms. Cinquanto has filed a motion to withdraw.

3. Counsel for Ms. Martinez and counsel for the government do not believe that a trial can be reasonably set for Counts 5-16 until Mr. Colon's representation issue is resolved. If new counsel is appointed, the parties believe that new counsel should also agree to the trial date for Counts 5-16.

4. The parties propose updating the Court on or before April 16, 2021 as to a proposed trial date for Counts 5-16.

5. Further, in light of the ongoing issues with Mr. Colon's representation, the government requests that the Court vacate current dates for motions in limine and

        other pretrial filings in advance of Mr. Colon's trial currently scheduled to begin on April 26, 2021 on Counts 1-4.

6.      In addition to the above reasons, the parties assert that the effects of COVID-19 on global health and on the safety of all parties involved (certainly including the defendants) in holding a multi-week trial continue to warrant a delay of trial under the Speedy Trial Act. These interests outweigh the interests of the defendants and the public in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

A proposed order is attached.

                                                             Respectfully submitted,

                                                             DAVID C. WEISS
                                                             United States Attorney

_____/s/_____            By:  \_\_\_\_/s/_____
Caroline Goldner Cinquanto                      Whitney C. Cloud
Attorney for Omar Morales Colon            Jennifer K. Welsh
                                                               Assistant United States Attorneys

_____/s/_____
Mark E. Cedrone
Jeremy C. Gelb
Attorneys for Shakira Martinez

Dated:    February 26, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| OMAR MORALES COLON, | ) | Criminal Action Nos.  17-47-LPS-1 |
| SHAKIRA MARTINEZ, | ) | 17-47-LPS-4 |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

WHEREAS, the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, Whitney C. Cloud and Jennifer K. Welsh, Assistant United States Attorneys, and the Defendants, Omar Colon and Shakira Martinez, by and through their attorneys, submitted a joint status report on February 26, 2021;

WHEREAS in the status report (along with in prior proceedings before this Court), the parties discussed various scheduling matters and stated reasons relating to COVID-19 why the Court should not yet schedule a trial of Counts 5-16 of the Second Superseding Indictment, and why any resultant delay serves the ends of justice and outweighs the best interest of the defendants and the public in a speedy trial;

**IT IS ORDERED** this _____ day of _____, 2021, that:

1. The motions in limine and jury instructions filing deadlines for March and April 2021 are hereby canceled.

2. The Court orders the parties to provide a joint status report on or before April 16, 2021. The parties should propose a trial schedule for Counts 5-16 of the Second Superseding Indictment in their joint status report.

3. Based on the reasons set forth by the parties, the Court finds that the ends of justice

are served by a continuance, and that such ends outweigh the interests of the defendants and the public in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

 

_____
The Honorable Leonard P. Stark
Chief United States District Court Judge